HERBERT T. FOOTE, Respondent, *v.* HENRY H. TODD, Appellant.

*Foote* v. *Todd*, 137 App. Div. 918, affirmed.
(Argued December 6, 1911; decided December 22, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 23, 1910, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon a promissory note.

*William L. Snyder* for appellant.

*Philip W. Russell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.